General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 19 2017

BY _____
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Robert Curtis Jackson
704 Cain Street
Lufkin, TX. 75904

List the full name of each plaintiff in this action.

Case Number : 9:17cv133
RC/KFG

VS.

Rhea Bryant - 620 Kurth Drive. Lufkin, TX. 75904
Czarina Briones #9    713-400-2434
in Home Attendant Services LTD.
P.O. Box 131245 — Houston, TX. 77219

List the full name of each defendant in this action.
Do not use "et al".

AND rhea bryant (PROVIDER )

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

Thomas Deaton  103 E. Denman Ave. - Lufkin, TX
Lisa Flournoy  118 South 2nd Street., Lufkin, TX.
_____

C.     Results of the conference with counsel:

Would not be able to take my case.

_____

_____

II.     List previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?     _____Yes     ✓     No

B.     If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.     Approximate file date of lawsuit: _____

2.     Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.     Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.     Docket number in other court. _____

5.     Name of judge to whom the case was assigned.

_____

6.     Disposition: Was the case dismissed, appealed or still pending?

_____

7.     Approximate date of disposition. _____

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1 _CZARINA BRIONES #9_

AKA  _In Home Attendent SERVICES LTD._

_P.O. Box 131245 – Houston, TX. 77219_

Pla #2 _Rhea Bryant (Medical Provider)_

_620 KURTH DRIVE_

_Lufkin, TX. 75904_

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: _Rhea Bryant  in Home Attendent Provider_

_620 KURTH Dr. – Lufkin, TX. 75904_

Dft #2: _CZARINA BRIONES  Supervisor/owner_

_in Home Attendent SERVICES LTD. – P.O. Box_

_131245 – Houston, TX. 77219_

Dft #3 _____

_____

_____

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

Rhea Bryant Provider for in Home Attendant SERVICES Ltd. RELEASE Medical information to 3rd party Rose Mary Davis whom then RE-RELEASED that information to to TRACY Samuel the person to whom I'm in love with.

Medical information released was Hip. "C" (Hepatitis Type C) INFORMATION Was told to Mary Davis that if I had sexual relations w/ Loved one I would give her Hepatitis C which is uncureable and may cause death. This information put STRAIN on RELATIONSHIP. but Hepatitis C is curable w/ pills for 12 WEEKS or SHOTS for 6 weeks. This was not passed on. And caused much Mental torment and Mental Anguish due to improper release of information. OF WHICH WE ARE NO Longer together due to RELEASE OF unApproved INFORMATION under PRIVACY Act.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
      arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Make CASH RESTITUTION o/ FOR RELEASE OF
Information COVERED under Privacy
Act. o/ $500,000.00 and $250,000.00
for mental anguish dad Mentals/
torment for $250,000.00 for break
o/ Relation o/ Woman whod I ask to
Mary Me. (became my Wife)

Signed this _____ day of _____, 20 _____.
                                                      (Month)                                          (Year)

_____

_____

_____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _July 17, 2017_____
                          Date

Robert C. Jackson
704 Cain, Street
Lufkin, Tx. 75904
                    Signature of each plaintiff