**UNITED STATES DISTRCICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| ROBERT CURTIS JACKSON, § § § | |
| v. § | Civil Action No. 9:17-CV-133 |
| § | |
| CZARINA BRIONES AND IN-HOME § ATTENDANT SERVICES, LTD. § § | |

## FINAL JUDGMENT

Pursuant to 28 U.S.C. § 636(c) and the consent of the parties, this case is before the undersigned United States Magistrate Judge for all matters, including trial and entry of judgment. Pursuant to the Memorandum Opinion and Order granting summary judgment in favor of the defendant issued on this same date, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Robert Curtis Jackson take nothing on the claims asserted against Defendants Czarina Briones and In-Home Attendant Services, Ltd. Plaintiff's claims in the above titled and numbered cause are hereby **DISMISSED,** with prejudice. The Clerk is directed to **CLOSE** this cause of action.

**IT IS SO ORDERED**.

**SIGNED this the 9th day of July, 2018.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE